UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------- ------ ------ ----- ---- ------

UNITED STATES OF AMERICA

-against-

Ahmed Affsa

------- ------ ------ ----- ---- ------

ORDER

07 CR 788 (LAP)
Docket #

Loretta A. Preska, DISTRICT JUDGE:
   Judge's Name

The A.U.S.A. Attorney assigned to this case
Roger Schwarz is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to Bruce Kaye , NUNC-PRO-TUNC November 29, 2007
                        Attorney's Name

SO ORDERED.

_Loretta A. Preska_
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York