

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 29, 2008

**BY FAX**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

      Re: <u>United States v. Ibraheim Elshafey, et al.</u>,
          07 Cr. 788 (LAP)

Dear Judge Preska:

      The Government respectfully submits this letter to confirm that the next pretrial conference and oral argument in the above-referenced matter has been rescheduled for Wednesday, April 3, 2008 at 10:30 p.m.

      The Government also requests that the time between today and April 3, 2008 be excluded from calculations under the Speedy Trial Act in order to allow for the parties to file pretrial motions and to continue ongoing plea discussions.

*Such exclusion is in the interests of justice*

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*March 3, 2008*

                      By: _____
                           Jonathan B. New
                           Assistant U.S. Attorney
                           (212) 637-1049

cc: Anthony Ricco, Esq.
    Meyer Moza, Esq.
    Bruce Kaye, Esq.