UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   **INFORMATION** RCD

    -v.-                            :   S2 07 Cr. 788 (LAP)

AHMED AFFSA,                       :

                 Defendant.    :

- - - - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1. From in or about January 2007, up through and including in or about April 2007, in the Southern District of New York and elsewhere, AHMED AFFSA, the defendant, unlawfully, willfully, and knowingly did take and carry away, with intent to steal and purloin, property and money and other things of value not exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of a bank, to wit, AFFSA incurred charges with no intent to pay using a credit card issued by a bank.

(Title 18, United States Code, Section 2113(b), and 2.)

                              *Michael J. Garcia*
                              MICHAEL J. GARCIA
                              United States Attorney

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JUN 1 6 2008]