# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA
v.

AHMED AFFSA

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE

CASE NUMBER: 07 Cr. 788 (LAP)

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment, and sentencing before a United States magistrate.

x Ahmed Affsa
                                                                                              Defendant

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE: JUN 16 2008]*

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury.

                                                                                              Defendant

Consented to by United States _____
                                                                                              Signature
                                                                                              _____
                                                                                              Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                                                                                              Defendant

_____
Defendant's Attorney (if any)

Approved By: _____
                                    U.S. Magistrate
                                    6/16/08
                                    Date