```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,          :      07 CR 788 (LAP)
                                                       :
               Plaintiff,                  :      ORDER
                                                       :
    v.                                             :
                                                       :
AHMED AFFSA,                                 :
                                                       :
               Defendant.                :
                                                       :
-------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

      The plea of Ahmed Affsa taken on June 16, 2008 before Honorable Andrew J. Peck is accepted.

SO ORDERED:

Dated:  July 18, 2008

                                                 _____
                                                 LORETTA A. PRESKA, U.S.D.J.

Pleaorder718