**BRUCE K. KAYE**
ATTORNEY AT LAW
11 PARK PLACE
SUITE 1801
NEW YORK, N.Y. 10007
TEL NO. (212) 385-8000
FAX NO. (212) 385-7845

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/2/08



August 25, 2008

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: **United States v. Ahmed Affsa**
     S2 07 Cr. 788 (LHP) (AJP)

Dear Judge Peck,

I am CJA counsel for Mr. Affsa. He has pleaded guilty to a misdemeanor offense and remains at liberty on a personal recognizance bond. Sentencing is scheduled for September 22, 2007.

The purpose of this letter is to request that sentencing be adjourned to a date in late October, 2008.

Paragraphs 70, 71 and 72 of the Pre Sentence Report, which the defense just recently received, indicates that the Probation Department is awaiting verification of certain employment. Although two of the defendant's prior places of employment have closed, we would like the opportunity to either reach out to the former owners or obtain W-2 forms in order to verify the employment.

Paragraph 70 of the PSIR indicates that "AAA Limousine" reported that the defendant was never employed there. AAA Limousine was a livery base and the defendant, a self-employed driver. This may explain the disparity and we request the opportunity to obtain proof that the defendant was in fact employed at "AAA Limousine" from 2005-2006.

Paragraph 39 notes that Probation is also awaiting a response to its request for information identifying loss amounts broken down among various credit card companies. We may need to address and/or investigate this prior to sentencing.

Honorable Andrew J. Peck
August 25, 2008
Page 2

Finally, certain friends of the defendant have missed the deadline to submit letters of recommendation to me. I would like to be able to extend this deadline by a few weeks.

I have been unable to reach AUSA Jonathan New, who is out of the office until after Labor Day.

Respectfully yours,

Bruce K. Kaye

cc: AUSA Jonathan New.
    U.S. Probation Officer Thomas J. McCarthy

**MEMO ENDORSED** 9/2/08

SENTENCING RE-SCHEDULED AT DEFENDANT'S REQUEST TO 10/X at 9:30AM.

SO ORDERED

Hon. Andrew Jay Peck
United States Magistrate Judge

cc: Kaye, AUSA New

BY FAX